**Order filed February 23, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00124-CV
_____

### TEXAS CONSTRUCTION SPECIALISTS, L.L.C., Appellant

### V.

### SKI TEAM VIP, L.L.C., Appellee

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2016-68662**

---

## O R D E R

Appellant's brief was due January 7, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 25, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Spain and Wilson.